IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Derek Wilson,<br><br>Plaintiff,<br><br>v.<br><br>A.S.G. Detention Center,<br>A.S.G. Medical Staff,<br><br>Defendants. | Civil Action No. 9:26-cv-3522-BHH<br><br>**ORDER** |

This matter is before the Court upon Plaintiff Derek Wilson's ("Plaintiff") *pro se* complaint against the above-named Defendants. (ECF No. 1.) In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B), D.S.C., the matter was referred to a United States Magistrate Judge for preliminary determinations.

On August 24, 2026, the Magistrate Judge directed Plaintiff to provide the necessary information and paperwork to bring the case into proper form and warned Plaintiff of the potential consequences if he failed to provide the necessary information. (ECF No. 5.) The Magistrate Judge also notified Plaintiff of pleading deficiencies and gave Plaintiff the opportunity to file an amended complaint. (*Id.*) On September 14, 2026, Plaintiff field a completed complaint form and a motion to proceed *in forma pauperis*, but he failed to provide the other required proper form documents.

Thus, the Magistrate Judge issued a second proper form order on September 22, 2026, again directing Plaintiff to bring his case into proper form and notifying him of pleading deficiencies in his complaint. (ECF No. 13.) Plaintiff failed to bring his case into proper form or file an amended complaint.

Accordingly, on October 30, 2026, the Magistrate Judge issued a report and

recommendation ("Report"), outlining the issues and recommending that the Court dismiss this action without prejudice, without leave to amend, and without issuance and service of process. (ECF No. 16.) Attached to the Magistrate Judge's Report was a notice advising Plaintiff of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections to the Report have been filed, the Court has reviewed the record and the findings and recommendations of the Magistrate Judge for clear error. After review, the Court finds no clear error and fully agrees with the Magistrate Judge's analysis. **Accordingly, the Court adopts and incorporates the Magistrate Judge's Report (ECF No. 16), and the Court dismisses this action without prejudice, without**

**further leave to amend, and without issuance and service of process.**

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

November 19, 2026
Charleston, South Carolina